Print Name: SHON LA'ROY JOHNSON
Sid #: 7235453
<u>2500 WESTGATE</u>
<u>PENDLETON OR.</u>
<u>97801</u>

Filed<sub>DS</sub>
4/3/2023

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

|  |  |
|---|---|
| SHON LA'ROY JOHNSON, ) | ) |
| ) | Civil Action No.3:20-CV-01935-JR |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR EXTENTION |
| ) | OF TIME |
| PAT GARRETT, et al., ) | |
| ) | |
| Defendants. ) | --F.R.C.P. 6(b)-- |

COMES NOW, I SHON LA'ROY JOHNSON, a prisoner not represented by counsel and moves this court for an order granting a 60-day extension of time which to file to send in a full discovery. **I have minus five dollars in my AIC trust account and have no source of income and no Institutional job at this time, so for me to send in my Discovery it will cost me a little over $100.00. Also Phone records from Washington County Jail, Phone records from sprit, car insurance for the Benz, bank records, triple A account, sprint account, Life Insurance records, all the legal calls that was placed in Washington County Jail recordings. I also need to replace John & Jane Doe that was the reason for the amended complaint and what my simple understanding of Law said that I am to amend my Complaint once I received the names of John & Jane Doe Defendants. What was thought to be my Amended**

Complaint was no more the than a notice to the courts of the same treatment and retaliation from Washington County Jail, Her Honor has not appeared on any of my Motions since 3/11/22. And the defendants still have failed to respect the Order, yet wish to use every unduly measure to hinder My Constitutional rights, even the Dist. Court Clerk is signing off "BEST" to the Defendants, as if the Bullies of injustice needs any encouragement. Because I am without an Attorney and Ive show I little to nothing, and the Corporate Justice can operate within their own means I ask the court for 60-Days to establish some sort of measure to stand in court with evidence that I will again have to file for thrice more.

This due date would be extended to the 28 day of March 2023. This is the **First** request for an extension of time. This motion is supported by: What is written in the motion. Also the mail was delivered to me two weeks ago.

Dated this 28 day of March 2023___.

Respectfully Submitted,

_____
(Signature)
Print Name: SHON LA'ROY JOHNSON
SID #: 7235453
2500 WESTGATE
PENDLETON OR.
97801

# CERTIFICATE OF SERVICE

Comes Now that I Shon L. Johnson and certifies the following

I Placed A motion for Extention of Time on the 28 of March 2023. To the US Dist. Court Clerk.

Shon Johnson
#7235453
2500 Westgate
Pendleton OR 97801

Shawn Johnson
7235653
EOCI
2500 Westgate
Pendleton, Oregon 97801

NEOPOST
03/29/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 97801
041M11468341

C/O U.S. Dist. Court Clerk
Magistrate Judge J. Reuss
1000 S.W. 3rd Ave.
Portland OR. 97204-2

LEGAL MAIL