**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

RECVD 13 NOV '23 10:32 USDC-ORP

PORTLAND OR 972

6 NOV 2023 PM



$ 000.63⁰
02 1P
0000911169   NOV 06 2023
MAILED FROM ZIP CODE 97204

Shon La'Roy Johnson
**RETURN TO SENDER**
Unable to identify addressee/sid #
incorrect or missing.
Incorrect Name
Oregon Department of Corrections 11/9/2023      97204

NIXIE      971   DC 1      0011/11/23
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 97204293099      *1579-04817-11-21

## U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 11/3/2023 at 12:13 PM PDT and filed on 11/3/2023
**Case Name:**       Johnson v. Garrett et al
**Case Number:**   3:20-cv-01935-JR
**Filer:**
**Document Number:** 97(No document attached)

**Docket Text:**
**ORDER:** The Court GRANTS defendants Garrett, Loke, Monson, and Starr's Motion to Strike plaintiff's Amended Complaint [93] and defendants Jimenez and Paul S.F.'s Joinder in the County Defendants' Motion to Strike Plaintiff's Amended Complaint [94] on the bases that: (1) plaintiff failed to obtain defendants' written consent or leave from the Court to file his Amended Complaint as required under Rule 15(a)(2) of the Federal Rules of Civil Procedure, and (2) because pursuant to the Court's 11/18/2021, Scheduling Order [41] the parties were required to file all pleadings and join all claims, remedies, and parties no later than 3/18/2022. IT IS FURTHER ORDERED that defendants Garrett, Loke, Monson, and Starr have until 12/4/2023, to either file a dipositive pretrial motion or inform the court in writing if they do not intend to file a dispositive pretrial motion. IT IS FURTHER ORDERED that defendants Jimenez and Paul S.F.'s Motion for Summary Judgment [78] is HELD IN ABEYANCE pending defendants Garrett, Lake, Monson, and Starr's filing of a dispositive pretrial motion or written notice of their intent not to do so. Ordered by Magistrate Judge Jolie A. Russo. *(Deposited in outgoing mail to pro se party on 11/3/2023.)* (ps1)